UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARAY FREEMAN ) | CIVIL ACTION NO. |
|     Plaintiff ) | 3:13-CV-315-JBA |
| ) | |
| v. ) | |
| ) | |
| A BETTER WAY WHOLESALE ) | |
| AUTOS, INC. ) | |
|     Defendant ) | |
| ) | SEPTEMBER 12, 2013 |

## MOTION TO DISMISS

Pursuant to F.R.C.P. 41(2), Plaintiff hereby moves for a dismissal of the case. Upon consideration of the arguments raised by defendant in its opposition to the motion for judgment, Plaintiff has concluded that she has not pled a valid claim under the Truth in Lending Act. Absent that claim, there is no basis for federal jurisdiction of this action. Plaintiff has attempted to discuss this matter with counsel for defendant, who has not responded.

Accordingly, Plaintiff seeks an order dismissing this action so that she can pursue her claims in state court.

                                            PLAINTIFF, SHARAY FREEMAN

                                            By: /s/ Daniel S. Blinn
                                                  Daniel S. Blinn, ct02188
                                                  dblinn@consumerlawgroup.com
                                                  Consumer Law Group, LLC
                                                  35 Cold Spring Rd. Suite 512
                                                  Rocky Hill, CT 06067
                                                  Tel. (860) 571-0408
                                                  Fax (860) 571-7457

CERTIFICATION

I hereby certify that on this 12th day of September, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  /s/ Daniel S. Blinn
Daniel S. Blinn